EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: <br><br> Carla J. De la Cruz Brito | 2014 TSPR 6 <br><br> 190 DPR ____ |

Número del Caso: TS-19210

Fecha: 27 de enero de 2014

Abogado del Peticionario:

       Por derecho Propio

Materia: Readmisión al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte

Carla J. De la Cruz Brito

TS-19210

RESOLUCIÓN

San Juan, Puerto Rico, a 27 de enero de 2014.

Examinada la Moción solicitando readmisión al ejercicio de la abogacía en Puerto Rico, ha lugar. Se ordena a la Secretaría registrar el cambio en el Registro Único de Abogados y Abogadas.

Notifíquese por teléfono, facsímil y por la vía ordinaria.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo